# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1341
_____

DERRICK L. EVANS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

October 30, 2019

PER CURIAM.

AFFIRMED. *See Hurry v. State*, 978 So. 2d 854 (Fla. 1st DCA 2008) (affirming reclassification of aggravated battery to first degree felony where it was clear that aggravated battery was established by proof of great bodily harm and therefore use of deadly weapon was not an essential element of the offense).

RAY, C.J., and MAKAR and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Derrick L. Evans, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.